Rodolfo Camacho, OSB #95520
Bankruptcy Trustee
PO Box 13897
Salem, OR 97309
Tel: (503) 244-4810

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| In re | |
|---|---|
| KEEN MOBILITY COMPANY, | Case No. 21-30624-dwh7 |
| | REPORT OF FORMER TRUSTEE'S ADMINISTRATION |
| Debtor | |

I, RODOLFO A. CAMACHO, the former Chapter 7 Trustee in the above referenced case, hereby report that during the administration of this case, I collected gross receipts of $109,230.12, made disbursements of $556.89 to the debtor(s), creditors, third parties and/or professionals, and turned over the balance of $108,673.23 to the successor trustee. I have delivered all records, electronic or otherwise, and any estate property in my possession or under my control to the successor trustee. The attached UST Form 1 and Form 2 describe the estate assets and my disposition thereof as well as the receipts and disbursements in this case during my tenure as trustee.

DATED this __10th__ day of June, 2021

By: /s/ Rodolfo A. Camacho
    Rodolfo A. Camacho, OSB# 955203
    Former Trustee

1-REPORT OF FORMER CHAPTER 7
TRUSTEE'S ADMINISTRATION

Rodolfo A. Camacho
Trustee
PO Box 13897
Salem, Oregon 97309
(503) 244-4810

Case 21-30624-dwh7    Doc 44    Filed 06/10/21

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

**Case Number:** 21-30624 DWH  
**Case Name:** Keen Mobility Company  

**Period Ending:** 06/08/21

**Trustee:** RODOLFO CAMACHO  
**Filed (f) or Converted (c):** 03/19/21 (f)  
**§341(a) Meeting Date:** 04/22/21  
**Claims Bar Date:** 07/22/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 30.00 | 30.00 | | 0.00 | 30.00 |
| 2 | Cash on hand<br>Value amended to $0 per Doc 15 | 0.00 | 36,546.15 | | 73.23 | 36,472.92 |
| 3 | Wells Fargo Checking - 3991 | 264.92 | 264.92 | | 360.92 | 0.00 |
| 4 | Wells Fargo Checking - 5971 | 90.93 | 90.93 | | 90.93 | 0.00 |
| 5 | Wells Fargo Checking - 2482<br>Value amended to $25,313.94 per Doc 15 | 25,313.94 | 25,313.94 | | 25,217.02 | 96.92 |
| 6 | Beneficial Bank Checking<br>Value amended per Doc 15 | 3,468.22 | 3,460.00 | | 0.00 | 3,460.00 |
| 7 | Excess cash held in attorney trust account<br> received $8,937.50 from Atty's<br>Amended sch Doc 35 do not list this asset | 8,937.50 | 8,937.50 | | 8,937.50 | FA |
| 8 | PGE Deposit | 1,211.00 | 1,211.00 | | 0.00 | 1,211.00 |
| 9 | Rent Deposit: Milwaukie Location | 9,097.00 | 9,097.00 | | 0.00 | 9,097.00 |
| 10 | Prepaid Lease: Palm Desert Office | 5,500.00 | 5,500.00 | | 0.00 | 5,500.00 |
| 11 | Accounts Receivable: 90 days old or less | 169,580.00 | 0.00 | | 284.22 | 169,295.78 |
| 12 | Accounts Receivable: Over 90 days old | 22,585.00 | 70,000.00 | | 74,266.30 | 0.00 |
| 13 | Raw mateterials: Foam and Fabric | 274,604.00 | 274,604.00 | | 0.00 | 274,604.00 |
| 14 | Unfinished mattresses and cushions | 531.13 | 531.13 | | 0.00 | 531.13 |
| 15 | Finished goods for resale | 307,283.00 | 307,283.00 | | 0.00 | 307,283.00 |
| 16 | Packaging Materials | 31,406.00 | 31,406.00 | | 0.00 | 31,406.00 |
| 17 | Office furniture | 2,562.00 | 2,562.00 | | 0.00 | 2,562.00 |
| 18 | Office equipment | 441.00 | 441.00 | | 0.00 | 441.00 |
| 19 | 2006 Ford F150 227,220 Miles Fair | 2,525.00 | 2,525.00 | | 0.00 | 2,525.00 |
| 20 | 2010 Ford F150 202,235 miles | 5,288.00 | 5,288.00 | | 0.00 | 5,288.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

**Case Number:** 21-30624 DWH
**Case Name:** Keen Mobility Company

**Period Ending:** 06/08/21

**Trustee:** RODOLFO CAMACHO
**Filed (f) or Converted (c):** 03/19/21 (f)
**§341(a) Meeting Date:** 04/22/21
**Claims Bar Date:** 07/22/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | 2012 Ford Cargo Van 182,100 Miles Fair | 5,055.00 | 5,055.00 | | 0.00 | 5,055.00 |
| 22 | 2012 Ford Econoline 162285 Fair | 4,796.00 | 4,796.00 | | 0.00 | 4,796.00 |
| 23 | 2015 Ford F150 120,000 Fair | 10,841.00 | 10,841.00 | | 0.00 | 10,841.00 |
| 24 | 2018 Ford Expedition- Leased | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25 | 2018 Lincoln MKZ 26,246 Miles Good | 20,534.00 | 2,715.00 | | 0.00 | 20,534.00 |
| 26 | 2020 Lincoln Continental | 38,274.00 | 0.00 | | 0.00 | 38,274.00 |
| 27 | Cutting Table, sewing machines | 7,987.00 | 7,987.00 | | 0.00 | 7,987.00 |
| 28 | Net Operating Loss | 4,064,837.00 | 4,064,837.00 | | 0.00 | 4,064,837.00 |
| **TOTALS** (Excluding Unknown Values) | | **$5,023,042.64** | **$4,881,322.57** | | **$109,230.12** | **$5,002,127.75** |

**Major activities affecting case closing:**

03/26/21 Letter requesting information and turnover sent to counsel
03/31/21 All assets are secured.  Trustee is making a deal with the secured creditor for carve-out for the estate.  Larry Oxman will be liquidator for inventory.
04/20/21 Application to Employ Criswell as attorney
05/06/21 Filed Notice of Intent to Sell assets including 2006 Ford pickup and 2012 Ford van at public auction
05/114/21  Filed Motion and Notice of Settlement/Compromise with McKesson

**Initial Projected Date of Final Report (TFR):** April 01, 2023        **Current Projected Date of Final Report (TFR):** April 01, 2023

# Form 2
# Cash Receipts and Disbursements Record

**Case Number:** 21-30624 DWH  
**Case Name:** Keen Mobility Company  

**Trustee:** RODOLFO CAMACHO  
**Bank Name:** Signature Bank  
**Account:** ******8295 - Checking  

**Taxpayer ID#:** **-***2903  
**Blanket Bond:** $51,601,059.00 (per case limit)  
**Period Ending:** 06/09/21  
**Separate Bond:** N/A  

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/21 | Asset #12 | The Lodge in Sisters, LLC | $104.07 accounts receivable payment. | 1121-000 | 104.07 | | 104.07 |
| 04/02/21 | Asset #12 | Sheridan Care Center, LLC | $467.04 accounts receivable payment. | 1121-000 | 467.04 | | 571.11 |
| 04/02/21 | Asset #12 | Synergy Medical Systems, LLC | $6,703.50 accounts receivable payment. | 1121-000 | 6,703.50 | | 7,274.61 |
| 04/02/21 | Asset #12 | Kingston Care Center of Sylvania, LLC | $578.50 accounts receivable payment. | 1121-000 | 578.50 | | 7,853.11 |
| 04/02/21 | Asset #12 | Holladay Plaza Park | $4,202.37 accounts receivable payment. | 1121-000 | 4,202.37 | | 12,055.48 |
| 04/02/21 | Asset #12 | AliMed, Inc. | $103.00 accounts receivable payment. | 1121-000 | 103.00 | | 12,158.48 |
| 04/02/21 | Asset #12 | SAIF CORPORATION | $316.80 accounts receivables payment from Saif. | 1121-000 | 316.80 | | 12,475.28 |
| 04/02/21 | Asset #12 | Aspen Skilled Healthcare INC | $57.75 accounts receivable payment. | 1121-000 | 57.75 | | 12,533.03 |
| 04/02/21 | Asset #12 | Medlines Industries INC | $2,226.50 payment regarding accounts receivables. | 1121-000 | 2,226.50 | | 14,759.53 |
| 04/02/21 | Asset #12 | Care Realty | $116.50 payment from Care Realty re. accounts receivables. | 1121-000 | 116.50 | | 14,876.03 |
| 04/02/21 | Asset #12 | Saint Joseph Villa - SNF | $1,133.50 accounts receivable payment. | 1121-000 | 1,133.50 | | 16,009.53 |
| 04/02/21 | Asset #12 | Willamette View | $274.56 accounts receivable payment. | 1121-000 | 274.56 | | 16,284.09 |
| 04/02/21 | Asset #12 | Creekside Rehab & Nursing | $685.29 accounts receivable payment from Creekside Rehab & Nursing regarding. | 1121-000 | 685.29 | | 16,969.38 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-30624 DWH | | Trustee: | RODOLFO CAMACHO |
|---|---|---|---|---|
| Case Name: | Keen Mobility Company | | Bank Name: | Signature Bank |
| | | | Account: | ******8295 - Checking |
| Taxpayer ID#: | **-***2903 | | Blanket Bond: | $51,601,059.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/21 | Asset #12 | Bandon PV MT, LLC | $309.47 accounts receivable payment from Bandon PV MT, LLC. | 1121-000 | 309.47 | | 17,278.85 |
| 04/02/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $74.50 accounts receivable payment from SSC Disbursement Company RSE, LLC. | 1121-000 | 74.50 | | 17,353.35 |
| 04/02/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $467.50 accounts receivable payment from SSC Disbursement Company RSE, LLC. | 1121-000 | 467.50 | | 17,820.85 |
| 04/02/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $256.50 accounts receivables payment from SSC Disbursement Co. | 1121-000 | 256.50 | | 18,077.35 |
| 04/02/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $92.50 accounts receivable payment from SSC Disbursement Company. | 1121-000 | 92.50 | | 18,169.85 |
| 04/02/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $148.50 accounts receivable payment from SSC Disbursement Co. | 1121-000 | 148.50 | | 18,318.35 |
| 04/02/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $154.50 accounts receivable payment from SSC Disbursement Co. | 1121-000 | 154.50 | | 18,472.85 |
| 04/02/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $322.49 accounts receivable payment from SSC Disbursement Co. | 1121-000 | 322.49 | | 18,795.34 |
| 04/02/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $490.50 accounts receivable payment from SSC Disbursement Co. | 1121-000 | 490.50 | | 19,285.84 |
| 04/02/21 | Asset #12 | Corlife, LLC | $865.76 accounts receivable payment from Corlife, LLC. | 1121-000 | 865.76 | | 20,151.60 |
| 04/02/21 | Asset #12 | Mckesson Medical Surgical | $345.80 accounts receivable payment from McKesson Medical-Surgical. | 1121-000 | 345.80 | | 20,497.40 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-30624 DWH | | Trustee: | RODOLFO CAMACHO |
|---|---|---|---|---|
| Case Name: | Keen Mobility Company | | Bank Name: | Signature Bank |
| | | | Account: | ******8295 - Checking |
| Taxpayer ID#: | **-***2903 | | Blanket Bond: | $51,601,059.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/02/21 | Asset #12 | County of Bucks | $553.50 accounts receivable payment from County of Bucks. | 1121-000 | 553.50 | | 21,050.90 |
| 04/02/21 | Asset #12 | Omaha Insurance Company | $3.07 accounts receivable payment from Omaha Insurance Company. | 1121-000 | 3.07 | | 21,053.97 |
| 04/02/21 | Asset #12 | Winfield Rehab and Nursing | $170.50 accounts receivable payment from Winfield Rehab & Nursing. | 1121-000 | 170.50 | | 21,224.47 |
| 04/02/21 | Asset #12 | Yamhill Community Care | $180.08 accounts receivable from Yamhill Community Care. | 1121-000 | 180.08 | | 21,404.55 |
| 04/02/21 | Asset #12 | AliMed, Inc. | $103.00 accounts receivable payment from AliMed, Inc. | 1121-000 | 103.00 | | 21,507.55 |
| 04/02/21 | Asset #12 | Marquis Companies, II, Inc. | $260.00 accounts receivable payment from Marquis Companies, II, Inc. | 1121-000 | 260.56 | | 21,768.11 |
| 04/02/21 | Asset #12 | Long Term Care Division of OCPHD 4 | $320.81 accounts receivable payment from Long Term Care Division of OCPHD 4. | 1121-000 | 320.81 | | 22,088.92 |
| 04/02/21 | Asset #12 | The Goodman Group, LLC | $270.50 accounts receivable payment from The Goodman Group, LLC. | 1121-000 | 270.50 | | 22,359.42 |
| 04/02/21 | Asset #12 | Medlines Industries INC | $402.50 accounts receivable payment from Medline Industries, INC. | 1121-000 | 402.50 | | 22,761.92 |
| 04/02/21 | Asset #12 | Medlines Industries INC | $827.00 accounts receivable payment from Medline Industries, INC. | 1121-000 | 827.00 | | 23,588.92 |
| 04/02/21 | Asset #12 | County of Chester | $352.50 accounts receivable payment from County of Chester. | 1121-000 | 352.50 | | 23,941.42 |

# Form 2
# Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 21-30624 DWH | | **Trustee:** | RODOLFO CAMACHO |
| **Case Name:** | Keen Mobility Company | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******8295 - Checking |
| **Taxpayer ID#:** | **-***2903 | | **Blanket Bond:** | $51,601,059.00 (per case limit) |
| **Period Ending:** | 06/09/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/02/21 | Asset #12 | 1000 Executive Parkway, LLC | $415.43 accounts receivable payment from 1000 Executive Parkway LLC. | 1121-000 | 415.43 | | 24,356.85 |
| 04/02/21 | Asset #12 | Mckesson Medical Surgical | $434.07 accounts receivable payment from McKesson Medical Surgical. | 1121-000 | 434.07 | | 24,790.92 |
| 04/02/21 | Asset #12 | Kingston Care Center of Sylvania, LLC | $578.50 accounts receivable payment from Kingston Care Center. | 1121-000 | 578.50 | | 25,369.42 |
| 04/02/21 | Asset #12 | Avamere Living | $515.88 accounts receivable payment from Avamere Living. | 1121-000 | 515.88 | | 25,885.30 |
| 04/02/21 | Asset #12 | Sapphire at Rose City, LLC | $479.16 accounts receivable payment from Sapphire at Rose City, LLC. | 1121-000 | 479.16 | | 26,364.46 |
| 04/05/21 | Asset #7 | MOTSCHENBACHER & BLATTNER | Turnover of excess attorney retainer funds | 1129-000 | 8,937.50 | | 35,301.96 |
| 04/09/21 | Asset #12 | DEPARTMENT OF HUMAN SERVICES | $148.00 accounts receivable payment from DHS. | 1121-000 | 148.00 | | 35,449.96 |
| 04/09/21 | Asset #12 | Village Health Care I LLC | $1,053.29 accounts receivable payment from Village Health Care I LLC. | 1121-000 | 1,053.29 | | 36,503.25 |
| 04/09/21 | Asset #12 | Synergy Medical Systems, LLC | $2,476.00 accounts receivable payment from Synergy Medical Systems, LLC. | 1121-000 | 2,476.00 | | 38,979.25 |
| 04/09/21 | Asset #12 | Unitedhealthcare | $8.63 accounts receivable check payment from Unitedhealthcare. | 1121-000 | 8.63 | | 38,987.88 |
| 04/09/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $233.50 accounts receivable check payment from SSC Disbursement Company. | 1121-000 | 233.50 | | 39,221.38 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-30624 DWH | | Trustee: | RODOLFO CAMACHO |
|---|---|---|---|---|
| Case Name: | Keen Mobility Company | | Bank Name: | Signature Bank |
| | | | Account: | ******8295 - Checking |
| Taxpayer ID#: | **-***2903 | | Blanket Bond: | $51,601,059.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/09/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $170.50 accounts receivable check payment from SSC Disbursement Company. | 1121-000 | 170.50 | | 39,391.88 |
| 04/09/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $379.50 accounts receivable check payment from SSC Disbursement Company. | 1121-000 | 379.50 | | 39,771.38 |
| 04/09/21 | Asset #12 | SSC Disbursement Company RSE, LLC | $195.50 accounts receivable check payment from SSC Disbursement Company. | 1121-000 | 195.50 | | 39,966.88 |
| 04/09/21 | Asset #12 | Mckesson Medical Surgical | $592.41 accounts receivable check payment from McKesson Medical Surgical. | 1121-000 | 592.41 | | 40,559.29 |
| 04/09/21 | Asset #12 | County of Bucks | $842.50 accounts receivable check payment from County of Bucks. | 1121-000 | 842.50 | | 41,401.79 |
| 04/09/21 | Asset #12 | Vancouver Specialty and Rehabilitative Care | $126.00 accounts receivable check payment from Vancouver Specialty and Rehabilitative Care. | 1121-000 | 126.00 | | 41,527.79 |
| 04/09/21 | Asset #12 | Mountain View Health and Rehabilitation Center | $2,163.45 accounts receivable check payment from Mountain View and Rehab. Center. | 1121-000 | 2,163.45 | | 43,691.24 |
| 04/09/21 | Asset #12 | Royal Park Health and Rehabilitation | $1,448.13 accounts receivable check payment from Royal Park health. | 1121-000 | 1,448.13 | | 45,139.37 |
| 04/09/21 | Asset #12 | BRP Health Management Systems | $37.00 accounts receivable payment from BRP Health Management Systems. | 1121-000 | 37.00 | | 45,176.37 |
| 04/09/21 | Asset #12 | Pahrump Health and Rehabilitation Center | $588.49 accounts receivable check payment from Pahrump Health. | 1121-000 | 588.49 | | 45,764.86 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-30624 DWH | | Trustee: | RODOLFO CAMACHO |
|---|---|---|---|---|
| Case Name: | Keen Mobility Company | | Bank Name: | Signature Bank |
| | | | Account: | ******8295 - Checking |
| Taxpayer ID#: | **-***2903 | | Blanket Bond: | $51,601,059.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/09/21 | Asset #12 | Genesis Administrative Services LLC | $628.50 accounts receivable payment from Genesis Administrative Services, LLC. | 1121-000 | 628.50 | | 46,393.36 |
| 04/09/21 | Asset #2 | Rodolfo Camacho, LLC | $73.23 cash found at the premises by the liquidator. Funds are being turned over to the Estate. | 1129-000 | 73.23 | | 46,466.59 |
| 04/12/21 | Asset #5 | N. A. Wells Fargo Bank | Cash from bank account | 1129-000 | 25,217.02 | | 71,683.61 |
| 04/12/21 | Asset #4 | N. A. WELLS FARGO BANK | Wells Fargo Bank Acct | 1129-000 | 90.93 | | 71,774.54 |
| 04/12/21 | Asset #3 | N. A. WELLS FARGO BANK | Wells Fargo Bank Acct | 1129-000 | 360.92 | | 72,135.46 |
| 04/14/21 | Asset #12 | PROVIDENCE HEALTH & SERVICES | Account Receivable | 1121-000 | 561.00 | | 72,696.46 |
| 04/14/21 | Asset #12 | careoregon | Account Receivable | 1121-000 | 123.25 | | 72,819.71 |
| 04/14/21 | Asset #12 | AliMed, Inc. | Account Receivable | 1121-000 | 211.00 | | 73,030.71 |
| 04/14/21 | Asset #12 | waste management | Account Receivable | 1121-000 | 252.00 | | 73,282.71 |
| 04/19/21 | Asset #12 | Senior Reading | Account Receivable | 1121-000 | 295.50 | | 73,578.21 |
| 04/19/21 | Asset #11 | gc operating co llc | Account Receivable | 1121-000 | 272.50 | | 73,850.71 |
| 04/19/21 | Asset #12 | palo pinto rehab & nursing gs | Account Receivable | 1121-000 | 242.50 | | 74,093.21 |
| 04/19/21 | Asset #12 | national hme inc | Account Receivable | 1121-000 | 1,134.00 | | 75,227.21 |
| 04/19/21 | Asset #12 | ssc disbursement co llc | Account Receivable | 1121-000 | 268.50 | | 75,495.71 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-30624 DWH | | Trustee: | RODOLFO CAMACHO |
|---|---|---|---|---|
| Case Name: | Keen Mobility Company | | Bank Name: | Signature Bank |
| | | | Account: | ******8295 - Checking |
| Taxpayer ID#: | **-***2903 | | Blanket Bond: | $51,601,059.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/21 | Asset #12 | unitedhealthcare | accounts receivable | 1121-000 | 29.00 | | 75,524.71 |
| 04/19/21 | Asset #12 | regence | accounts receivable | 1121-000 | 315.00 | | 75,839.71 |
| 04/19/21 | Asset #12 | careoregon | accounts receivable | 1121-000 | 57.00 | | 75,896.71 |
| 04/19/21 | Asset #12 | countryside living of canby llc | Account Receivable | 1121-000 | 0.30 | | 75,897.01 |
| 04/19/21 | Asset #12 | Mckesson Medical Surgical | Account Receivable | 1121-000 | 1,311.52 | | 77,208.53 |
| 04/21/21 | Asset #11 | unitedhealthcare | Account Receivable | 1121-000 | 11.72 | | 77,220.25 |
| 04/21/21 | Asset #12 | Sapphire at Rose City, LLC | Account Receivable | 1121-000 | 261.96 | | 77,482.21 |
| 04/21/21 | Asset #12 | Synergy Medical Systems, LLC | Account Receivable | 1121-000 | 5,170.00 | | 82,652.21 |
| 04/21/21 | Asset #12 | Marquis Companies, II, Inc. | Account Receivable | 1121-000 | 502.00 | | 83,154.21 |
| 04/21/21 | Asset #12 | regence | Account Receivable | 1121-000 | 14.11 | | 83,168.32 |
| 04/21/21 | Asset #12 | medine industries, inc | Account Receivable | 1121-000 | 1,746.50 | | 84,914.82 |
| 04/26/21 | Asset #12 | SAIF CORPORATION | $544.20 accounts receivable payment from SAIF. | 1121-000 | 544.20 | | 85,459.02 |
| 04/26/21 | Asset #12 | Mckesson Medical Surgical | $475.93 accounts receivable payment from McKesson. | 1121-000 | 475.93 | | 85,934.95 |
| 04/26/21 | Asset #12 | Royal Plaza Health and Rehabilitation | $5,302.88 accounts receivable payment from Royal Plaza Health and Rehabilitation. | 1121-000 | 5,302.88 | | 91,237.83 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-30624 DWH | | Trustee: | RODOLFO CAMACHO |
|---|---|---|---|---|
| Case Name: | Keen Mobility Company | | Bank Name: | Signature Bank |
| | | | Account: | ******8295 - Checking |
| Taxpayer ID#: | **-***2903 | | Blanket Bond: | $51,601,059.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/26/21 | Asset #12 | American Health and Rehabilitation Center | $568.06 accounts receivable payment from American Health and Rehabilitation Center. | 1121-000 | 568.06 | | 91,805.89 |
| 04/26/21 | Asset #12 | Thermopolis Rehabilitation and Wellness | $355.50 accounts receivable payment from Thermopolis Rehabilitation and Wellness. | 1121-000 | 355.50 | | 92,161.39 |
| 04/26/21 | Asset #12 | Frontier Rehabilitation and Extended Care Center | $295.66 accounts receivable payment from Frontier Rehabilitation Center. | 1121-000 | 295.66 | | 92,457.05 |
| 04/26/21 | Asset #12 | Snohomish Health and Rehabilitation | $1,688.94 accounts receivable payment from Snohomish Health and Rehabilitation. | 1121-000 | 1,688.94 | | 94,145.99 |
| 04/26/21 | Asset #12 | Whitman Health and Rehabilitation Center | $899.58 accounts receivable payment from Whitman Health and Rehabilitation Center. | 1121-000 | 899.58 | | 95,045.57 |
| 04/26/21 | Asset #12 | Milton Freewater Health and Rehabilitation Center | $1,158.48 accounts receivable payment from Milton Freewater Health and Rehabilitation Center. | 1121-000 | 1,158.48 | | 96,204.05 |
| 04/26/21 | Asset #12 | American Baptist Homes of the Midwest | $185.50 accounts receivable payment from ABHM. | 1121-000 | 185.50 | | 96,389.55 |
| 04/29/21 | Asset #12 | Medline Industries, INC. | $567.50 accounts receivable payment from Medline Industries INC. | 1121-000 | 567.50 | | 96,957.05 |
| 04/29/21 | Asset #12 | Regency Gresham Nursing and Rehab Center | $260.50 accounts receivable payment from Regency Gresham Nursing ad Rehab Center. | 1121-000 | 260.50 | | 97,217.55 |
| 04/29/21 | Asset #12 | Providence Health Assurance Medicaid | $51.79 accounts receivable payment from Providence Health Assurance Medicaid. | 1121-000 | 51.79 | | 97,269.34 |
| 04/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 80.67 | 97,188.67 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-30624 DWH | | Trustee: | RODOLFO CAMACHO |
|---|---|---|---|---|
| Case Name: | Keen Mobility Company | | Bank Name: | Signature Bank |
| | | | Account: | ******8295 - Checking |
| Taxpayer ID#: | **-***2903 | | Blanket Bond: | $51,601,059.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/21 | 1001 | Larry Oxman | Payment of trash bill - invoice #8355650-1574-9 | 2420-000 | | 476.22 | 96,712.45 |
| 05/06/21 | Asset #12 | ssc disbursement co llc | $148.50 accounts receivable payment from Bel Air H&R CTR. | 1121-000 | 148.50 | | 96,860.95 |
| 05/06/21 | Asset #12 | ssc disbursement co llc | $57.00 accounts receivable payment from Aspen Living CTR. | 1121-000 | 57.00 | | 96,917.95 |
| 05/06/21 | Asset #12 | ssc disbursement co llc | $79.50 accounts receivable payment from Sumter East H&R Center. | 1121-000 | 79.50 | | 96,997.45 |
| 05/06/21 | Asset #12 | ssc disbursement co llc | $170.50 accounts receivable payment from Pendleton H&R CTR. | 1121-000 | 170.50 | | 97,167.95 |
| 05/06/21 | Asset #12 | ssc disbursement co llc | $156.50 accounts receivable payment from Boulder Manor. | 1121-000 | 156.50 | | 97,324.45 |
| 05/06/21 | Asset #12 | ssc disbursement co llc | $386.50 accounts receivable payment from Glenwood H&R CTR. | 1121-000 | 386.50 | | 97,710.95 |
| 05/06/21 | Asset #12 | ssc disbursement co llc | $240.50 accounts receivable payment from Hickory Viewmont. | 1121-000 | 240.50 | | 97,951.45 |
| 05/06/21 | Asset #12 | ssc disbursement co llc | $96.50 accounts receivable payment from Yanceyville, Brian CTR H&R. | 1121-000 | 96.50 | | 98,047.95 |
| 05/06/21 | Asset #12 | ssc disbursement co llc | $98.50 accounts receivable payment from Lumberton H&R CTR. | 1121-000 | 98.50 | | 98,146.45 |
| 05/06/21 | Asset #12 | PHA Medicaid | $11.72 accounts receivable payment from PHA Medicaid. | 1121-000 | 11.72 | | 98,158.17 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-30624 DWH | | Trustee: | RODOLFO CAMACHO |
|---|---|---|---|---|
| Case Name: | Keen Mobility Company | | Bank Name: | Signature Bank |
| | | | Account: | ******8295 - Checking |
| Taxpayer ID#: | **-***2903 | | Blanket Bond: | $51,601,059.00 (per case limit) |
| Period Ending: | 06/09/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/06/21 | Asset #12 | Care Realty | $157.50 accounts receivable payment from Care Realty. | 1121-000 | 157.50 | | 98,315.67 |
| 05/18/21 | Asset #12 | Care Realty | $185.50 accounts receivable payment from Care Realty. | 1121-000 | 185.50 | | 98,501.17 |
| 05/18/21 | Asset #12 | Aspen Meadows Health | $834.48 accounts receivable payment from Aspen Meadow Health. | 1121-000 | 834.48 | | 99,335.65 |
| 05/18/21 | Asset #12 | Whitman Health and Rehabilitation Center | $899.57 accounts receivable payment from Whitman and Rehabilitation Center. | 1121-000 | 899.57 | | 100,235.22 |
| 05/18/21 | Asset #12 | Fort Vancouver Post Acute, LLC | $775.09 accounts receivable payment from Fort Vancouver Post Acute, LLC. | 1121-000 | 755.09 | | 100,990.31 |
| 05/18/21 | Asset #12 | Mountain View Health and Rehabilitation Center | $1104.42 accounts receivable payment from Mountain View Health. | 1121-000 | 1,104.42 | | 102,094.73 |
| 05/18/21 | Asset #12 | Royal Park Health and Rehabilitation | $834.48 accounts receivable payment from Royal Plaza Health. | 1121-000 | 834.48 | | 102,929.21 |
| 05/18/21 | Asset #12 | North Cascades Health and Rehabilitation Center | $541.87 accounts receivable payment from North Cascades Health and Rehab Center. | 1121-000 | 541.87 | | 103,471.08 |
| 05/18/21 | Asset #12 | Seattle Medical Post | $3,240.73 accounts receivable payment from Seattle Medical Post. | 1121-000 | 3,240.73 | | 106,711.81 |
| 05/18/21 | Asset #12 | Milton Freewater Health and Rehabilitation Center | $1,158.48 accounts receivable payment from Milton Freewater Health. | 1121-000 | 1,158.48 | | 107,870.29 |
| 05/18/21 | Asset #12 | Electronic Payment Clearinghouse | $3.86 accounts receivable payment from William Earhart Company, Inc. | 1121-000 | 3.86 | | 107,874.15 |

# Form 2
# Cash Receipts and Disbursements Record

| **Case Number:** | 21-30624 DWH | | **Trustee:** | RODOLFO CAMACHO |
|---|---|---|---|---|
| **Case Name:** | Keen Mobility Company | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******8295 - Checking |
| **Taxpayer ID#:** | **-***2903 | | **Blanket Bond:** | $51,601,059.00 (per case limit) |
| **Period Ending:** | 06/09/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/18/21 | Asset #12 | Providence Health Assurance Medicaid | $3.09 accounts receivable payment from Providence Health. | 1121-000 | 3.09 | | 107,877.24 |
| 05/18/21 | Asset #12 | Marquis Companies, II, Inc. | $795.99 accounts receivable payment from Marquis. | 1121-000 | 795.99 | | 108,673.23 |
| 06/08/21 | 1002 | Bankruptcy Estate of Keen Mobility Company 21-30624 | Turnover of funds to Successor Trustee Amy Mitchell | 9999-000 | | 108,673.23 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 109,230.12 | 109,230.12 | $0.00 |
| Less: Bank Transfers | 0.00 | 108,673.23 | |
| **Subtotal** | 109,230.12 | 556.89 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$109,230.12** | **$556.89** | |

| | | |
|---|---|---|
| Net Receipts: | $109,230.12 |
| Net Estate: | $109,230.12 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8295** | 109,230.12 | 556.89 | 0.00 |
| | $109,230.12 | $556.89 | $0.00 |